IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY L. BROWN,

    Plaintiff,                        No. 2:11-cv-0389 GEB DAD P

    vs.

IGI C/O WHEELER, et al.,

    Defendants.                      ORDER

_____/

        Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge (Doc. Nos. 4 and 21).  See 28 U.S.C. § 636(c).

        The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

        IT IS ORDERED that any hearing dates currently set before the undersigned are vacated.

Dated:  January 30, 2013

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge

1

I am the magistrate judge currently assigned to this case. I accept reference of this case for all further proceedings, including trial and entry of final judgment, by myself or such other magistrate judge as may be assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable Dale A. Drozd. HENCEFORTH, THE CAPTION ON DOCUMENTS FILED IN THE REASSIGNED CASE SHALL BE SHOWN AS No. 2:11-cv-0389 DAD P.

DATED: January 30, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
brow11cv0389.con