## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

RICKY L. BROWN, JR.,

       Plaintiff,                  No. 2:11-cv-0389 DAD (PC)

  vs.

IGI C/O WHEELER, et al.,

       Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                    /        **AD TESTIFICANDUM**

       Ricky L. Brown, Jr., CDCR # V-71010, a necessary and material witness in a settlement conference in this case on June 21, 2013, is confined in California State Prison-Corcoran (CSP-COR), 4001 King Avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #24 on Friday, June 21, 2013 at 9:30 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference; and

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

       3.  The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Out-to-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California 95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-COR, P. O. Box 8800, Corcoran, California 93212:**

       **WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 19, 2013.

                                                               */s/ Dale A. Drozd*
                                                               DALE A. DROZD
DAD:12                                                          UNITED STATES MAGISTRATE JUDGE
brow0389.841