IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY L. BROWN, JR., | | |
| | Plaintiff, | No. 2:11-cv-0389 DAD (PC) |
| vs. | | |
| IGI C/O WHEELER, et al., | | <u>ORDER RE</u> |
| | Defendants. | <u>SETTLEMENT CONFERENCE</u> |
| _____/ | | |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter is proceeding before a United States Magistrate Judge with the consent of the parties pursuant to 28 U.S.C. § 636(c).

      Pursuant to order filed April 22, 2013 (ECF No. 61), this matter is set for settlement conference on June 21, 2013 at 9:30 a.m. in Courtroom # 24 before the undersigned. On June 10, 2013, plaintiff filed a request to appear at the settlement conference by telephone (ECF No. 66). Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 10, 2013 motion to appear at the June 21, 2013 settlement conference by telephone (ECF No. 66) is granted. An amended writ of habeas corpus ad testificandum for plaintiff's participation by telephone accompanies this order.

/////

1

      2. On or before June 20, 2013, counsel for defendants shall inform the court in writing whether lead counsel and a person with full and unlimited authority to settle the case will appear at the settlement conference in person or by telephone.  If the decision is to appear by telephone, counsel for defendants shall contact this court's Courtroom Deputy not later than 4:30 p.m. on June 20, 2013 and provide him with a telephone number where counsel and the person with settlement authority can be reached at the time set for settlement conference.

      3. The writ of habeas corpus ad testificandum filed April 22, 2013 (ECF No. 61) is vacated.

      4. The Clerk of the Court is directed to serve a copy of this order and the accompanying writ of habeas corpus ad testificandum by facsimile on the Warden of California State Prison-Corcoran, P.O. Box 8800, Corcoran, California 93212 at 559-992-7372 and by facsimile on the Out-to-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California 95671.

Dated: June 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/brow11cv0389.amdset

2