UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICKY L. BROWN, JR.,

        Plaintiff,                No. 2:11-cv-0389 DAD (PC)

  vs.

IGI C/O WHEELER, et al.,

        Defendants.       **ORDER & AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Ricky L. Brown, Jr., CDCR # V-71010, a necessary and material witness in a settlement conference in this case on June 21, 2013, is confined in California State Prison-Corcoran (CSP-COR), 4001 King Avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to participate by telephone from CSP-COR** before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #24 on Friday, June 21, 2013 at 9:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by telephone from CSP-COR at the time and place above, until completion of the settlement conference; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      3.  The Clerk of the Court is directed to serve by facsimile a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Out-to-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSP-COR, P. O. Box 8800, Corcoran, California 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Delaney **by telephone from CSP-COR** at the time and place above, until completion of the settlement conference.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 12, 2013

                                                              CAROLYN K. DELANEY
                                                              UNITED STATES MAGISTRATE JUDGE