IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY L. BROWN, JR.,

    Plaintiff,                    No. 2:11-cv-0389 DAD P

    vs.

WHEELER, et al.,

    Defendants.               ORDER

_____/

        On June 21, 2013, this action was settled at a settlement conference before the undersigned and counsel for defendants was directed to file a notice of settlement. On June 25, 2013, counsel for defendants filed the required notice (ECF No. 72). Pursuant to that notice and good cause appearing, the court now orders that the dispositional documents be filed no later than January 14, 2014.[1] Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

        All hearing dates currently set in this matter are hereby vacated.

/////

/////

/////

/////

---

[1] Counsel requests a deadline of "on or after January 7, 2014" for filing the dispositional documents. See Notice of Settlement, filed June 25, 2013 (ECF No. 72) at 2. The court requires a firm deadline for dispositional documents and will therefore extend by one week the date proposed by counsel.

1   In accordance with the above, IT IS HEREBY ORDERED that dispositional
2   documents shall be filed no later than January 14, 2014.
3   Dated: July 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12
brow0389.dispdocs