IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICKY L. BROWN, JR.,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　**v.**<br><br>**WHEELER, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | No. 2:11-cv-0389 DAD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ricky L. Brown and Defendants Audette, Fleming, Goetchius, Steninger, Von Rader, Wheeler, and Williams stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

Each party is to bear his own costs, fees, or expenses. There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated: July 10, 2013

    */s/ Ricky L. Brown*
Ricky L. Brown
Plaintiff pro se

Dated: June 25, 2013

    */s/ Diana Esquivel*
Diana Esquivel
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 21, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/brow0389.stip